IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR371 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROLAND AWOUSSI and | ) | |
| MABEL AWOUSSI, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the government's motion to continue trial (Filing No. 72). Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. The motion to continue trial (Filing No. 72) is granted.

2. Trial of this matter is re-scheduled for **June 15, 2009,** before Chief Judge Joseph F. Bataillon and a jury.

DATED this 20th day of May, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge